UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RANDALL MARQUISE EMBRY,<br><br>                Petitioner,<br><br>    v.<br><br>STEPHEN SINCLAIR,<br><br>                Respondent. | CASE NO. C14-5360 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Theresa L. Fricke, United States Magistrate Judge. Dkt. 61.

Petitioner Randall Marquise Embry filed a petition for writ of habeas corpus under 28 U.S.C. § 2254, challenging the legality of his convictions for the crimes of attempted murder in the first degree with a firearm enhancement, unlawful possession of a firearm in the first degree, and conspiracy to commit murder in the first degree. *See* Dkt. 9. On December 29, 2020, Judge Fricke issued the instant R&R and recommended that Embry's petition be dismissed. Dkt. 61.

On January 28, 2021, Embry objected to the R&R and requested an extension of time to file a proper objection as he had been unable able to access the prison's law library due to the prison's COVID-19 safety protocols. Dkt. 62. On March 1, 2021, the

Court granted him a 60-day extension to file either supplemental objections or a renewed motion for an extension of time if the library was still closed. *Id.* at 2. Embry has not filed objections nor a renewed motion for an extension of time. In the absence of specific objections, the Court considers the R&R unopposed.

The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) Petitioner Randall Embry's petition for habeas corpus (Dkt. 9) is **DENIED and DISMISSED with prejudice**;

(3) A certificate of appealability is **DENIED**;

(4) The Clerk is directed to send copies of this Order to Petitioner, to Magistrate Judge Theresa L. Fricke and to any other party that has appeared in this action; and

(4) This case is closed.

Dated this 25th day of May, 2021.

BENJAMIN H. SETTLE
United States District Judge